■ In the Matter of MICHAEL F. ERDHEIM, a Disbarred
Attorney. [604 NYS2d 703] —Motion to vacate order of disbar-
ment or, in the alternative, for leave to appeal to the Court of
Appeals, denied in its entirety. Concur—Murphy, P. J., Carro,
Wallach, Ross and Nardelli, JJ.